**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GEORGE DUFFY** | : | **No. 10-65-2** |
| | : | |

**ORDER**

**AND NOW**, this **1st** day of **July**, **2014**, upon consideration of George Duffy's Motion for Dismissal of All Charges with Prejudice (Document No. 163), the Government's Motion for Designation of New Trial Date (Document No. 158), the oral argument held on June 16, 2014, and supplemental briefing by both parties, and for the reasons provided in the Court's Memorandum dated July 1, 2014, it is hereby **ORDERED** that:

1.   George Duffy's Motion for Dismissal of All Charges with Prejudice (Document No. 163) is **GRANTED.**

2.   The Government's Motion for Designation of New Trial Date (Document No. 158) is **DENIED.**

3.   The Superseding Indictment against George Duffy (Document No. 27) is **DISMISSED with prejudice.**

BY THE COURT:

**Berle M. Schiller, J.**